# United States Court of Appeals

### For the Eighth Circuit

_____

No. 13-2577

_____

Debra Perzynski,

*Plaintiff - Appellant*,

v.

Cerro Gordo County, Iowa; Kenneth Kline; Heather Mathre,

*Defendants - Appellees*.

_____

Appeal from United States District Court
for the Northern District of Iowa - Ft. Dodge

_____

Submitted: March 5, 2014
Filed: March 10, 2014
[Unpublished]

_____

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Debra Perzynski appeals the district court's[1] adverse grant of summary judgment in her civil action against her former employer and two individuals, Kenneth Kline and Heather Mathre. On appeal, she challenges the district court's decision with respect to her 42 U.S.C. § 1983 claim based on her allegations that Mathre and Kline falsely accused her of wrongdoing, which resulted in an unfounded criminal charge that was later dismissed.[2] Upon careful de novo review, see Scheeler v. City of St. Cloud, Minn., 402 F.3d 826, 830 (8th Cir. 2005) (standard of review), we agree with the district court's reasoning and conclusions, and find no basis for reversal.

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Leonard T. Strand, United States Magistrate Judge for the Northern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

[2]The remaining claims asserted in Perzynski's complaint have not been meaningfully argued on appeal, and we do not consider claims that were not properly asserted in the district court. See Chay-Velasquez v. Ashcroft, 367 F.3d 751, 756 (8th Cir. 2004) (claim not meaningfully argued in opening brief is waived); see also Stone v. Harry, 364 F.3d 912, 914 (8th Cir. 2004) (claims may not be advanced for first time on appeal).